UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Diane Howard, on behalf of herself and all others similarly situated, | Civil No. 18-1629 (DWF/LIB) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Colltech, Inc., | |
| Defendant. | |

Based upon the Stipulation for Dismissal With Prejudice filed by the parties on August 9, 2018, (Doc. No. [11]),

**IT IS HEREBY ORDERED** that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 9, 2018         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge