# UNITED STATES DISTRICT COURT
## District of Minnesota

Diane Howard, on behalf of herself and all others similarly situated,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18-cv-1629 DWF/LIB

Colltech, Inc.

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment shall be entered DISMISSING the Complaint on its merits WITH PREJUDICE and without costs, disbursements or attorney fees to any party.

Date: 8/9/2018

KATE M. FOGARTY, CLERK

s/M. Price

(By)   M. Price, Deputy Clerk